NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURIE LYNNE DUNCAN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5067

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-697, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

The United States moves out of time for a 21-day extension of time, until May 27, 2011, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laurie Lynne Duncan
Joshua A. Mandlebaum, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK